# Claims Proposed Distribution

### Case: 05-91799   MCWHITE, JAMES M.

# 11089226
1/20/10
.62 C6

| Case Balance: | $4,688.67 | Total Proposed Payment: | $4,688.67 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY, <2100-00 Trustee Compensation> | Admin Ch. 7 | 838.78 | 838.78 | 0.00 | 838.78 | 838.78 | 3,849.89 |
| | THOMAS J. GAFFNEY, <2100-00 Trustee Compensation> | Admin Ch. 7 | 38.17 | 38.17 | 0.00 | 38.17 | 38.17 | 3,811.72 |
| | THOMAS J. GAFFNEY, ESQ. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 495.00 | 495.00 | 0.00 | 495.00 | 495.00 | 3,316.72 |
| | THOMAS J. GAFFNEY, ESQ. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 16.31 | 16.31 | 0.00 | 16.31 | 16.31 | 3,300.41 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **1,388.26** | **1,388.26** | **0.00** | **1,388.26** | **1,388.26** | |
| 1 | Mark J. Schlant, as Trustee | Unsecured | 60,000.00 | 60,000.00 | 0.00 | 60,000.00 | 747.60 | 2,552.81 |
| 2 | Discover Bank/DFS Services LLC | Unsecured | 29,056.33 | 29,056.33 | 0.00 | 29,056.33 | 362.04 | 2,190.77 |
| 3 | Capital Recovery One | Unsecured | 657.22 | 657.22 | 0.00 | 657.22 | 8.19 | 2,182.58 |
| 4 | Worldwide Asset Purchasing, LLC | Unsecured | 8,062.53 | 8,062.53 | 0.00 | 8,062.53 | 100.46 | 2,082.12 |
| 5 | eCAST Settlement Corporation assignee of | Unsecured | 14,704.43 | 14,704.43 | 0.00 | 14,704.43 | 183.22 | 1,898.90 |
| 6 | American Express Bank FSB | Unsecured | 19,734.05 | 19,734.05 | 0.00 | 19,734.05 | 245.89 | 1,653.01 |
| 7 | American Express Bank FSB | Unsecured | 3,370.04 | 3,370.04 | 0.00 | 3,370.04 | 41.99 | 1,611.02 |
| 8 | American Express Bank FSB | Unsecured | 21,292.74 | 21,292.74 | 0.00 | 21,292.74 | 265.31 | 1,345.71 |
| 9 | American Express Bank FSB | Unsecured | 34,544.67 | 34,544.67 | 0.00 | 34,544.67 | 430.43 | 915.28 |
| 10 | American Express Bank FSB | Unsecured | 27,722.56 | 27,722.56 | 0.00 | 27,722.56 | 345.42 | 569.86 |
| 11 | American Express Bank FSB | Unsecured | 11,858.34 | 11,858.34 | 0.00 | 11,858.34 | 147.75 | 422.11 |
| 12 | American Express Travel Related Svcs Co | Unsecured | 934.81 | 934.81 | 0.00 | 934.81 | 11.65 | 410.46 |
| 13 | American Express Bank FSB | Unsecured | 50.00 | 50.00 | 0.00 | 50.00 | 0.62* | 409.84 |
| 14 | Productivity Card/GE Capital Financial | Unsecured | 10,240.24 | 10,240.24 | 0.00 | 10,240.24 | 127.59 | 282.25 |
| 15 | Roundup Funding, LLC | Unsecured | 11,601.74 | 11,601.74 | 0.00 | 11,601.74 | 144.56 | 137.69 |
| 16 | Roundup Funding, LLC | Unsecured | 7,503.46 | 7,503.46 | 0.00 | 7,503.46 | 93.49 | 44.20 |
| 17 | eCAST Settlement Corporation assignee of | Unsecured | 3,547.48 | 3,547.48 | 0.00 | 3,547.48 | 44.20 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **264,880.64** | **264,880.64** | **0.00** | **264,880.64** | **3,300.41** | |


\* to be paid to clerk Rule 3010


FILED JAN 20 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Proposed Distribution

## Case: 05-91799   MCWHITE, JAMES M.

| Case Balance: | $4,688.67 | Total Proposed Payment: | $4,688.67 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 05-91799 : | | $266,268.90 | $266,268.90 | $0.00 | $266,268.90 | $4,688.67 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,388.26 | $1,388.26 | $0.00 | $1,388.26 | 100.000000% |
| Total Unsecured Claims : | $264,880.64 | $264,880.64 | $0.00 | $3,300.41 | 1.245999% |